Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Catherine Hill, <br><br> Plaintiff(s) <br><br> v. <br><br> American United Life Ins. Co., et. al., <br><br> Defendant(s) | CASE No 4:20-cv-01754-HSG <br><br> STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☒ **Private ADR** (*specify process and provider*)
  Parties intend to pursue private mediation through Judicate West.

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR, unless otherwise ordered.*)

☒ other requested deadline: August 20, 2020

Date: April 24, 2020

*[signature: Ronald W. Morkelstone]*
Attorney for Plaintiff

Date: April 24, 2020

*[signature]*
Attorney for Defendant

Print Form

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 4/29/2020

*[signature: Haywood S. Gill Jr.]*
U.S. DISTRICT/MAGISTRATE JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 7-2016*